UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AUSTIN MCNAMEE,

          Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC,

          Defendant.

C17-1427 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion to extend certain deadlines, docket no. 8, is GRANTED as follows: (i) the deadline for disclosure of expert testimony pursuant to Federal Rule of Civil Procedure 26(a)(2) is EXTENDED to May 31, 2018; and (ii) the deadline for filing discovery-related motions is EXTENDED to Thursday, June 28, 2018. All other dates and deadlines specified in the Minute Order Setting Trial Date and Related Dates, docket no. 7, shall remain in full force and effect.[1]

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 27th day of April, 2018.

        William M. McCool
        Clerk

        s/Karen Dews
        Deputy Clerk

---

[1] Contrary to the suggestion of the parties in their stipulated motion, the Court does not set a separate expert disclosure deadline for each party. Rebuttal experts shall be disclosed as indicated in Federal Rule of Civil Procedure 26(a)(2)(D)(ii).

MINUTE ORDER - 1